# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARLOS VASQUEZ-OROZCO,<br><br>　　　　　　Defendant. | CR NO: 2:19-CR-00192-MCE |

**FILED**
MAR - 5 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: JUAN CARLOS VASQUEZ-OROZCO
Detained at: Sacramento County Jail
Detainee is:
　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or
　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
　a.) ☒ return to the custody of detaining facility upon termination of proceedings
or
　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 10, 2020 at 2:00 P.M. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin L. Lee |
| Printed Name & Phone No: | Justin L. Lee, (916) 554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal Service for this district, is hereby ORDERED to produce the named detainee, on March 10, 2020 at 2:00 P.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/5/20

_____
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | JAUN VASQUEZ-OROZCO | ☒Male ☐Female | |
| Booking or CDC #: | 10176526 | DOB: | --/--/1999 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　(signature)