IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CR NO: 2:19-CR-00192-MCE |
| JUAN CARLOS VASQUEZ-OROZCO, | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | JUAN CARLOS VASQUEZ-OROZCO | |
| Detained at | El Dorado County Sheriff's Office (being held at Sacramento County Jail) | |
| Detainee is: | a.) | ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint charging detainee with: _____ |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin L. Lee |
| Printed Name & Phone No: | Justin L. Lee, (916) 554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 2-11-20

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | JAUN VASQUEZ-OROZCO | ☒ Male | ☐ Female |
| Booking or CDC #: | 10176526 | DOB: | --/--/1999 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                          (signature)