IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN CARLOS VASQUEZ-OROZCO,<br><br>    Defendant. | CR NO: 2:19-CR-00192-MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: JUAN CARLOS VASQUEZ-OROZCO

Detained at: El Dorado County Sheriff's Office (being held at Sacramento County Jail)

Detainee is:
- a.) ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
      charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin L. Lee |
| Printed Name & Phone No: | Justin L. Lee, (916) 554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3-11-20

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | JAUN VASQUEZ-OROZCO | ☒ Male | ☐ Female |
| Booking or CDC #: | 10176526 | DOB: | --/--/1999 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____   _____
                              (signature)